UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

GERALD ALAN SHERMAN,

Defendant.

CASE NO. CR05-181C

ORDER

This matter comes before the Court on Defendant Gerald Sherman's Motion for Temporary Modification of Conditions of Release (Dkt. No. 31). The Court has carefully considered the papers submitted by Defendant and hereby GRANTS Defendant's motion. Defendant may travel to eastern Washington from July 23, 2005 to July 30, 2005. During this period, electronic monitoring shall not be required, but Defendant must abide by all other conditions of release as directed by U.S. Pre-Trial Services. These conditions include, but are not limited to, providing U.S. Pre-Trial Services with a complete travel itinerary and checking in as directed.

//

//

//

ORDER – 1

1  SO ORDERED this  22nd  day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

26 ORDER – 2